UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRASER MCDONOUGH WOODS ROTCHFORD,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>DAVID PETRAEUS, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-cv-00726-DGE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation (Dkt. No. 5).

(2)　Plaintiff's motion to proceed with this action *in forma pauperis* (Dkt. No. 4) is

　　　DENIED;

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) Plaintiff is directed to pay the $402.00 filing fee within **thirty (30)** days of the date on which this Order is signed. Failure to timely submit the filing fee will result in termination of this action;

(4) The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 8th day of July 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2